# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| MICHAEL LAVON BOSTIC | ) | |
| | ) | |
| v. | ) | Case No. CV415-107 |
| | ) | CR413-007 |
| UNITED STATES OF AMERICA | ) | |

## REPORT AND RECOMMENDATION

The Court recommends dismissal of Michael Lavon Bostic's 28 U.S.C. § 2255 motion without prejudice because: (a) Bostic has just been convicted, CR413-007, doc. 721 (S.D. Ga. Apr. 21, 2015); (b) he elected not to appeal, doc. 720 (S.D. Ga. Apr. 21, 2015); c) he has clearly changed his mind, doc. 722 (S.D. Ga. Apr. 27, 2015) (his § 2255 raises sufficiency of indictment defenses), and he is still represented by counsel. Thus, the Court **DIRECTS** the Clerk to construe Bostic's § 2255 motion as a Notice of Appeal, and trial counsel shall represent him accordingly.

**SO REPORTED AND RECOMMENDED** this 29TH day of April, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA